UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LOUISE KNOX,

  Plaintif,	CASE NO.:  9:18-CV-81483-DMM

-vs-

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, LOUISE KNOX, and the Defendant, OCWEN LOAN SERVICING, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of July, 2020.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/Aliza Malouf* |
| Frank H. Kerney, III, Esquire | Aliza Malouf |
| Florida Bar #: 0088672 | Florida Bar No. 1010546 |
| Morgan & Morgan Tampa, P.A. | Hunton Andrews Kurth LLP |
| One Tampa City Center | 1445 Ross Avenue, Suite 3700 |
| Tampa, FL 33602 | Dallas, Texas 75202 |
| Telephone: (813) 223-5505 | Telephone: (214) 979-8229 |
| Fax: (813) 223-5402 | amalouf@huntonak.com |
| fkerney@forthepeople.com | *Counsel for Defendant Ocwen Loan Servicing, LLC* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I certify that on July 23, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Frank H. Kerney, III*
Frank H. Kerney, III